**Order filed March 8, 2011.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-11-01030-CR**

_____

**GINGER DEEANNA FISHER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 08-DCR-048916A**

---

## ORDER

The reporter's record in this case was due **December 19, 2011.** *See* Tex. R. App. P. 35.2. No record was filed. On February 16, 2012, the clerk of this court sent a letter to **Elizabeth Wittu,** the court reporter, informing her that the record had not been filed. No request for extension of time or other response was been filed. We therefore issue the following order.

We order **Elizabeth Wittu** to file the record in this appeal on or before **April 6, 2012.** If Elizabeth Wittu fails to file the record as ordered, the court may order her to appear before this court, on a date certain to show cause why she should not be held in contempt for not filing the record in this appeal as ordered.

PER CURIAM